```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 11090
    ERIC A QUINN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-4481

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/01/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                    PAID             PAID
--------------------------------------------------------------------------------
AMERICAN HOME MTG SERVIC  CURRENT MORTG         .00                  .00              .00
AMERICAN HOME MTG SERVIC  MORTGAGE ARRE         .00                  .00              .00
AMERICAN HOME MORTGAGE    MORTGAGE NOTI   NOT FILED                  .00              .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00                  .00              .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00                  .00              .00
CHASE MANHATTAN MORTGAGE  MORTGAGE NOTI   NOT FILED                  .00              .00
CHASE HOME MORTGAGE       MORTGAGE NOTI   NOT FILED                  .00              .00
SANTANDER CONSUMER USA    SECURED VEHIC   26899.30               167.04          1856.96
SANTANDER CONSUMER USA    UNSEC W/INTER   NOT FILED                  .00              .00
LISA BAKER                NOTICE ONLY     NOT FILED                  .00              .00
IL STATE DISBURSEMENT UN  DSO ARREARS     NOT FILED                  .00              .00
MARILYN FELTON            NOTICE ONLY     NOT FILED                  .00              .00
IL STATE DISBURSEMENT UN  DSO ARREARS        842.17                  .00              .00
HFC USA/BENEFICIAL        UNSEC W/INTER   NOT FILED                  .00              .00
BUSCHBACH                 UNSEC W/INTER   NOT FILED                  .00              .00
IL STATE DISBURSEMENT UN  UNSEC W/INTER   NOT FILED                  .00              .00
LOYOLA UNIVERSITY PHY NS  UNSEC W/INTER   NOT FILED                  .00              .00
LOYOLA MEDICAL PLAN       NOTICE ONLY     NOT FILED                  .00              .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     2239.45                  .00              .00
LVNV FUNDING              UNSEC W/INTER     2839.24                  .00              .00
WELLS FARGO               UNSEC W/INTER   NOT FILED                  .00              .00
WELLS FARGO FINANCIAL IL  SECURED NOT I      894.89                  .00              .00
ELBERT L WILLIAMS         NOTICE ONLY     NOT FILED                  .00              .00
CITY OF CHICAGO WATER DE  SECURED            647.88                  .00              .00
CITY OF CHICAGO           NOTICE ONLY     NOT FILED                  .00              .00
LEDFORD & WU              DEBTOR ATTY      2,043.00                                   .00
TOM VAUGHN                TRUSTEE                                                  176.00
DEBTOR REFUND             REFUND                                                     .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS

                    PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 11090 ERIC A QUINN
```

```
--------------------------------------------------------------------------------
TRUSTEE                                         2,200.00

PRIORITY                                                              .00
SECURED                                                          1,856.96
    INTEREST                                                       167.04
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               176.00
DEBTOR REFUND                                                         .00
                                           ---------------    ---------------
TOTALS                                          2,200.00         2,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
         CASE NO. 08 B 11090 ERIC A QUINN